UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAKEVILLE CONCEPTS, INC. | **Electronically Filed** |
| Plaintiff, | **No. 13-cv-1392 (KAM) (LB)** |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 7-ELEVEN, INC., | |
| Defendant. | |

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and the attorneys of record for defendant, that the above-entitled action (the "Action"), be, and the same hereby is, settled and dismissed with prejudice, without fees or costs to any of the aforesaid parties as against the other(s), upon the terms of a Settlement Agreement between the parties. This Stipulation may be executed in counterparts by facsimile or by email (PDF). Faxed signatures on this Stipulation and signatures transmitted by email are considered as originals.

DM1\4267409.1

Dated:     November 22, 2013

LAW OFFICES OF PATRICK J. SULLIVAN,
PLLC

By: _____
       Patrick J. Sullivan
92 Willis Avenue, Second Floor
Mineola, New York  11501
Phone: (516) 342-1248
Fax:  (516) 747-9405
E-mail:  lawofficespjs1@optonline.net

*Attorneys for Plaintiff*

DUANE MORRIS LLP

By: _____
       Stephen Sussman (SS-1072)
E-mail: ssussman@duanemorris.com
       Susan V. Metcalfe (SM-4694)
Email: svmetcalfe@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: 212 692 1000
Fax: 212 692 1020

*Attorneys for Defendant, 7-Eleven, Inc.*

**SO ORDERED:**

_____, 2013        _____
                             HON. KIYO A. MATSUMOTO, U.S.D.J.

DM1\4267409.1                                    2